# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELSA SALVADOR,<br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY LONG TERM DISABILITY PLAN,<br>    Defendants. | CIVIL ACTION NO.<br>3:12-cv-30196-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Liberty Life Assurance Company of Boston at al, against the plaintiff Elsa Salvador, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: July 28, 2014

/s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment - 1 Ptf & Multi-Dft's -2 (Routine).wpd - 11/98)      [jgm.]